No. 79–5780. WEAVER v. GRAHAM, GOVERNOR OF FLORIDA. Sup. Ct. Fla.. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 78–1924. GOLAND ET AL. v. CENTRAL INTELLIGENCE AGENCY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–854. BERGER v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 79–896. HUBER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–899. GEORGE BANTA CO., INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–903. POSNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–917. LeCOMPTE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–929. RSR CORP. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 79–932. WARINNER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79–965. MICHIGAN v. YOUNG. Ct. App. Mich. Certiorari denied.

No. 79–980. MORTON-NORWICH PRODUCTS, INC. v. UNITED STATES. Ct. Cl. Certiorari denied.